UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 4/19/11

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**  **DOCKET NO:** Civ. #11-2204

**TITLE OF CASE:**

DYNAMIC SECURITY CONCEPTS, INC.
    (vs)
QUASARS, INC.

**APPEARANCES:**
William J. Hughes, Jr., Esq. (COOPER, LEVENSON, APRIL, NIEDELMAN, P.A.) for pltf.

**NATURE OF PROCEEDINGS:**

Hearing on motion by pltf. for a Temporary Restraining Order and setting a hearing for a Preliminary Injunction.

**DISPOSITION:**

ORDERED motion for Temporary Restraining Order DENIED; and setting a Preliminary Injunction hearing 5/3/11 @ 9:30 AM. Order to be entered.

_____
Deputy Clerk

Time Commenced: 2:15PM    Time Adjourned: 2:30PM