NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DYNAMIC SECURITY CONCEPTS, INC., | : |
| Plaintiff, | : Civil No. 11- 2204 (RBK) |
| v. | : **ORDER** |
| QUASARS, INC., | : |
| Defendant. | : |

**THIS MATTER** having come before the Court upon the application by Plaintiff Dynamic Security Concepts, Inc. pursuant to Federal Rule of Civil Procedure 65(b) for a Temporary Restraining Order and Order Setting a Hearing for a Preliminary Injunction; and the Court having considered Plaintiff's submissions and heard the argument of Plaintiff's counsel;

**IT IS HEREBY ORDERED** that Plaintiff's application for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b) is **DENIED**; and

**IT IS HEREBY FURTHER ORDERED** that Defendant Quasars, Inc. appear before the Court on May 3, 2011 at 9:30 a.m. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 4D, Camden, New Jersey, 08101, and show cause why, pending a final hearing in this action, Defendant should not be enjoined and restrained as prayed for in the Verified Complaint and Application for Temporary Restraining Order and Preliminary Injunction; and

**IT IS HEREBY FURTHER ORDERED** that Defendant shall file and serve any submissions in opposition to Plaintiff's application on or before April 25, 2011; and

1

**IT IS HEREBY FURTHER ORDERED** that Plaintiff shall file and serve any submission in further support of its requested relief on or before April 28, 2011; and

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's counsel shall serve a copy of this Order, together with a Copy of the Verified Complaint and Application for Temporary Restraining Order and Preliminary Injunction, and supporting materials upon which this Order is issued, on Defendant within forty-eight hours of the Court's issuance of this Order in a manner provided by the Federal Rules of Civil Procedure and file proof of service with the Court.

Dated: 4-19-11

_____
ROBERT B. KUGLER
United States District Judge